# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: Isaac James III          Case Number: 3:08-00257

Name of Judicial Officer: The Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Original Sentence: June 15, 2009

Original Offense: 26 U.S.C. §§ 5841 & 5861(d) Possession of an Unregistered Firearm

Original Sentence: 9 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: March 2, 2010

Assistant U.S. Attorney: Kelly D. Young          Defense Attorney: Jude T. Lenahan

---

**THE COURT ORDERS:**

☑ No Action *as recommended SMH*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 22nd day of October, 2012,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place          Nashville, Tennessee

Date

October 15, 2012

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.     **The defendant shall refrain from any unlawful use of a controlled substance.**

On September 24, 2012, Mr. James submitted a urine sample that tested positive for marijuana and synthetic marijuana. He admitted to regularly using synthetic marijuana since being released from the halfway house. The lab confirmed the positive results.

2.     **The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient program followed by up to 90 days in a community correction center at the direction of the U.S. Probation Office.**

Mr. James has failed to report for drug testing on the following dates: February 6, March 22, March 30, April 9, May 8, and August 2, 2012.

3.     **The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**

Mr. James was instructed on August 8, 2012, to submit job search forms showing proof of his employment search efforts. He has failed to submit any job search forms to date or provide any verification of job search efforts.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. James began supervised release on March 2, 2010. On March 5, 2010, Mr. James submitted a positive drug test for marijuana. He began his 12 month period at the halfway house on April 2, 2010. On April 2, 2010, he again tested positive for marijuana. On May 17, 2010, a petition was filed with the Court requesting a hearing to modify the offender's conditions to include substance abuse treatment. A hearing was held on June 18, 2010. On this date, Mr. James' conditions of supervision were modified to include his participation in a drug treatment program. Mr. James attended outpatient treatment from June 21, 2010, through May 6, 2011. He attended a total of 20 sessions and successfully completed the program.

Mr. James was a resident of the halfway house as a condition of supervised release from April 2, 2010, through April 1, 2011, when he successfully completed the program. While at the halfway house, he obtained employment which he retained from August 12, 2010, through April 15, 2011. When he left the halfway house, Mr. James quit his job and remained unemployed until April 2012. In April 2012, Mr. James obtained employment at Ruby Tuesday but was fired in July 2012 for failing to report to

work. On August 8, 2012, he was given job search forms and instructed to submit the forms showing his job search efforts with his monthly reports. He has failed to submit any job search forms or provide any proof of job search efforts. He has been referred to Project Return for job search assistance.

On February 8, 2012, a report was submitted to the Court to inform that Mr. James had tested positive for marijuana on January 19, 2012. As a result, his drug testing was increased to detect any further drug use.

On September 24, 2012, Mr. James submitted a drug test that was positive for marijuana and synthetic marijuana. He admitted to using synthetic marijuana since his release from the halfway house. As a result, his drug testing has been increased and he has been referred back for additional substance abuse treatment. On October 3, 2012, Mr. James was confronted about his repetitive failures to comply with his conditions of supervised release. He stated that he tends to learn the hard way and admitted that being threatened with incarceration is the only way that he is likely to change as he does not want to really change anything on his own. His two most recent drug tests were negative for illegal drug use.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that Mr. James be continued on supervised release so that he can take advantage of additional substance abuse treatment and find employment. The probation office asks for no further action at this time.

The U. S. Attorney's Office had been notified and concurs with this recommendation.


Approved: _____
         Britton Shelton
         Supervisory U.S. Probation Officer