# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:08-00257 |
| v. | ) | **CHIEF JUDGE HAYNES** |
| | ) | |
| ISAAC JAMES III | ) | |

## AGREED ORDER ON REVOCATION OF SUPERVISED RELEASE

Comes now the United States of America, by and through the undersigned attorney, and defendant Isaac James III, by and through his attorney, Jude T. Lenahan, Assistant Federal Public Defender and agree that the defendant should be sentenced to a period of Four (4) months imprisonment and that at the completion of this sentence the defendant's term of supervised release be terminated. This agreement is based upon the defendant admitting to the following violations of the conditions of his supervised release:

1. **The defendant shall refrain from any unlawful use of a controlled substance.**

    The defendant, Isaac James III, admits that he tested positive for marijuana on four occasions,

    March 2, 2010    January 19, 2012
    April 2, 2010    September 24, 2012

    and that he used marijuana on those occasions and further admits that he tested positive for synthetic marijuana on two occasions, September 24, 2012.

2. **The defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential reentry center at the direction of the U.S. Probation Office.**

   The defendant, Isaac James III, admits that he failed to report for drug testing on six separate occasions.

   | | | |
   |---|---|---|
   | February 6, 2012 | March 30, 2012 | May 8, 2012 |
   | March 22, 2012 | April 9, 2012 | August 2, 2012 |

   and further admits that he failed to arrive for a substance abuse intake assessment on November 20, 2012 and failed to reschedule the intake assessment as instructed.

3. **The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**

   The defendant, Isaac James III, admits that he was instructed on August 8, 2012, to submit job search forms showing proof of his employment search efforts. The defendant, Isaac James III, admits that he failed to submit any job search forms until October 23, 2012, and has submitted minimal proof of job search efforts since that time. The defendant, Isaac James III, admits that he was instructed to schedule an appointment with Project Return for job assistance on October 3, 2012, and that he failed to schedule an appointment with Project Return to this date.

Based upon the admission of the defendant, Isaac James III, to the foregoing violations of the conditions of the defendant's supervised release, and upon agreement of the defendant and the United States, the Court hereby **ORDERS** defendant, Isaac James III, be sentenced to the custody of the Attorney General for a period of Four (4) months and that upon completion of this sentence that the defendant's supervised release be terminated.

Entered this 25th day of January, 2013.

WILLIAM J. HAYNES, JR.
CHIEF U.S. DISTRICT JUDGE

JERRY E. MARTIN
UNITED STATES ATTORNEY

_____
Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151


_____
Isaac James III
Defendant


_____
Jude Thaddeus Lenahan
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203
(615) 736-5047